IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KERRY CAMPBELL,**
**ADC #141257**                                                                                                            **PLAINTIFF**

v.                                                    **4:09CV00286-WRW-HLJ**

**MS. SMITH,** *et al.*                                                                                                **DEFENDANTS**

## MEMORANDUM AND ORDER

By Order dated April 30, 2009, this Court granted Plaintiff's application to proceed *in forma pauperis* in this action based on 42 U.S.C. § 1983 (Doc. No. 3). However, finding Plaintiff's Complaint too vague and conclusory to enable it to determine whether it was frivolous, failed to state a claim, or stated a legitimate cause of action, the Court directed Plaintiff to file an Amended Complaint within fifteen days of the date of the Order. The Court further advised Plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his Complaint. As of this date, however, Plaintiff has not filed an Amended Complaint. Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . If any communi-
> cation from the Court to a pro se plaintiff is not
> responded to within thirty (30) days, the case may be
> dismissed without prejudice . . . .

In light of Plaintiff's failure to respond to this Court's April 30, 2009, Order, this Complaint is DISMISSED without prejudice. An appropriate Judgment will accompany this Memorandum and Order.

IT IS SO ORDERED this 4th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE