IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KERRY CAMPBELL,**
**ADC #141257**                                                                                                    **PLAINTIFF**

**v.**                                         **4:09CV00286-WRW-HLJ**

**MS. SMITH,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Based on the Memorandum and Order entered on this date, this case DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 4th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE